MICHAEL PEROTTI, Landlord, Respondent, *v.* LOUIS GESTONE, Tenant, Appellant.

Supreme Court, Appellate Term, Second Department, January 13, 1949.

*Herbert L. Fine* for appellant.

*Gary M. Fabrizio* for respondent.

*Per Curiam.* It was error to exclude evidence as to the good faith of the landlord in seeking possession of the premises for his immediate and personal use and occupancy.

The city rent commission certificate was not conclusive as to this (*Marenghi* v. *Cavagnaro,* N. Y. L. J., May 17, 1948, p. 1838, col. 5 [App. Term, 2d Dept.]; *Behl* v. *Leinbach,* N. Y. L. J., Oct. 11, 1948, p. 753, col. 3 [App. Term, 2d Dept.]; *Sosniak* v. *Marcus,* 191 Misc. 927).

The final order should be unanimously reversed, upon the law, and new trial granted, with $30 costs to the tenant to abide the event.

STEINBRINK, FENNELLY and FROESSEL, JJ., concur.

Final order reversed, etc.